# United States District Court

DISTRICT OF DELAWARE

UNITED STATES OF AMERICA

v.

__ALFREDITO CAMPUSANO,__
Defendant

**ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT**

Case Number: 07-113 M (MPT)

Upon motion of the **Government**, it is ORDERED that a **Preliminary Hearing and Detention Hearing** is set for __TBD__ * at __TBD__
                                                          Date                    Time

before__ HONORABLE MARY PAT THYNGE, UNITED STATES MAGISTRATE JUDGE __
                Name of Judicial Officer

COURTROOM #6C, 6TH FLOOR, BOGGS FEDERAL BLDG., 844 KING ST., WILMINGTON, DE
                Location of Judicial Officer

Pending this hearing, the defendant shall be held in custody by (the United States Marshal) (_____)
                                              Other Custodial Official

and produced for the hearing.

__6/22/07__                                    __/s/ Judicial Officer__
  Date                                              Judicial Officer

---

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. §3142(f)(2).
  A hearing is required whenever the conditions set forth in 18 U.S.C. §3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.



FILED
JUN 22 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE